# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2021

Bridget M. McCormack,
Chief Justice

163299(18)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

KAITLIN HAHN,
   Plaintiff-Appellee,

v

             SC: 163299
             COA: 357411
             Oakland CC: 2016-152229-NF

GEICO INDEMNITY COMPANY,
   Defendant-Appellant,
and

AUTO CLUB INSURANCE ASSOCIATION,
   Defendant.
_____/

   On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer submitted on August 31, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2021



Clerk